**EDWARD R. SCHWARTZ, CA Bar No. 147553**
ers@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

JS-6

Attorneys for Plaintiff,
SCHOETTLER RESEARCH AND
ENGINEERING CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHOETTLER RESEARCH AND ENGINEERING CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ORECK CORPORATION,<br><br>Defendant. | Case No.   SACV 09-900JVS (ANx)<br><br>**ORDER OF DISMISSAL**<br><br>**Hon. James V. Selna** |

Pursuant to the Notice of Dismissal filed by Plaintiff, this action is hereby dismissed without prejudice.

Dated: August 19, 2009

　　　　　　　　　　　　　　　　　　　　　　　　
Hon. James V. Selna
United States District Court Judge

Submitted by:
CHRISTIE, PARKER & HALE, LLP

/Edward R. Schwartz/
Edward R. Schwartz
Attorneys for Plaintiff,
Schoettler Research and Engineering Corporation

SES PAS863410.1-*-08/18/09 2:26 PM

-1-